Robert Joseph Pilgrim #075564
201 S 4th Ave Phx AZ 85003

In Propria Persona

In The United States
District Court For the
District of Columbia

Robert J Pilgrim          CV 05-2414
        Plaintiff
vs                        Motion For
Janet Napolitano          Appointment of
et al Defendant.          Counsel

The Plaintiff in the Above
entitled matter hereby moves
The court For an order
appointing counsil to act
on his behalf.

The Plaintiff request Approval of
The Plaintiff's application to
File the matter in Forma Pauperis.

RECEIVED
JAN 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

12/23/05                  Robert Pilgrim
                          Robert Pilgrim

# MARICOPA COUNTY SHERIFF'S OFFICE
# JOSEPH M. ARPAIO SHERIFF

## CERTIFICATION

I hereby certify that on this date ___JAN - 3 2006___,

I ___ filed ___✓___ mailed the original and one (1) copy to the Clerk of the

___✓___ United States District Court, District of _Columbia_

___ Hon _____ United States District Court, District of ___

I further certify that copies of the original have been forwarded to:

___ Attorney General, State of Arizona.

___ Judge, _____, Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona,

___ Public Defender, Maricopa County, State of Arizona.

___ Attorney, _____

_____

_[signature]_
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6/10/04