Robert J Pilgrim P846564
201. S 4th Ave PHX AZ 85003
In Propria Persona

In The United States
District Court of Columbia

Robert J Pilgrim     CV 05 2414
                     Motion For
   Plaintiff        Judicial Panel

vs

Janet Napolitano
et al,   Defendants

The Plaintiff requests this case
to be forwarded to a Judicial
Panel on multiDistrict Litigation
For the following reasons, the
crimes occurred in four States
AZ, Tex, Nev, UT. The Plaintiff
is filing cases in each State
(Texas has not responded)


Robert Pilgrim             12/26/05

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

# C E R T I F I C A T I O N

I hereby certify that on this date _____JAN - 3 2006_____,

I ___ filed ✓ mailed the original and one (1) copy to the Clerk of the

✓ United States District Court, District of _Columbia_

___ Hon _____ United States District Court, District of ___

I further certify that copies of the original have been forwarded to:

___ Attorney General, State of Arizona.

___ Judge, _____, Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona,

___ Public Defender, Maricopa County, State of Arizona.

___ Attorney, _____

___ _____

*[signature]*
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6/10/04