Robert Pilgrim P046564
201 S 4th Ave PHX AZ 85003
In Propria Persona

In The United States
District Court of Columbia

Robert J Pilgrim                CV 05-2414
                                motion For
vs        Plaintiff             Official service
Janet Napolitano                of Process
et al     Defendants

The Plaintiff request this court for Approval of Application to proceed in Forma Pauperis and the Plaintiff hereby moves the court for an order directing the United States marshal's office service to serve process pursuant to 28 U.S.C. §1915.

RECEIVED
JAN 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[signature]                    12/26/05