UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 07 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ROBERT JOSEPH PILGRIM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 05-2414 |
| ) | |
| JANET NAPOLITANO, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED with prejudice. Any pending motions are DENIED as moot.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 1-24-06